UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Hosea Feleciano Cheeks DEFENDANT(S). | CASE NUMBER ED11MJ247 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __7-18-11__ , _____ , at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __OSWALD PARADA__ , in Courtroom __3__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/15/11__                              _____
                                                 U.S. District Judge/Magistrate Judge